1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8
9

| | |
|---|---|
| P.M., K.S., B.B., S.J., N.G., C.B., S.N., J.P., S.A., L.M., D.C., C.L., C.G, R.F., N.J., and R.R., individually, and on behalf of all others similarly situated, )<br>Plaintiffs, ) | **Case No. 3:23-cv-03199-JCS** |
| vs. ) | **REQUEST TO EXCLUDE** |
| OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND MANAGEMENT LLC, MICROSOFT CORPORATION and DOES 1 through 20, inclusive, )<br>Defendants. ) | |

**Mailed to:**
**RYAN J. CLARKSON**
Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Email: rclarkson@clarksonlawfirm.com
*Attorneys for Plaintiffs*

REQUEST TO EXCLUDE                    1

Emanuel McCray
400 W McLoughlin Boulevard #5
Vancouver Washington 98660
(564) 208-7576
emanuel.mccray@hotmail.com

1.   The name of this proceeding is:

> *P.M. et al., v. OpenAI LP et al.*
> Case No.: 3:23-cv-03199-JCS

2.   The Consumer/Class Member to be excluded is identified as:

> Emanuel McCray
> 400 W McLoughlin Boulevard Apt 5
> Vancouver WA 98660
> (564) 208-7576
> emanuel.mccray@hotmail.com
> Unique Class Member ID: Unassigned/Unknown

3.   Statement:

I, Emanuel McCray, will be pursuing my own class action and do not wish to be included in the proposed Class Action for the above-captioned case, as further explained in the letters attached to this request. These letters were previously mailed to Defendant Microsoft Corporation and others not named as Defendants prior to the commencement of this proposed class action. Responses to these letters have never been received from Defendant Microsoft Corporation.

Dated: July 4, 2023

By: *Emanuel McCray*
    Emanuel McCray

Emanuel McCray
400 W McLoughlin Boulevard #5
Vancouver Washington 98660
(564) 208-7576
emanuel.mccray@hotmail.com