**EMANUEL MCCRAY**
400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660
(564) 208-7576
emanuel.mccray@hotmail.com

June 10, 2023

**NOTICE OF IDENTITY THEFT & CIVIL DEMAND**

Re:   Microsoft Account Unusual Sign-In Activity

MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98052-6399

Dear Microsoft Corporation:

On June 10, 2023, the Microsoft account team detected another unusual sign-in activity involving my Microsoft account. As set forth in my attached Identity Theft Affidavit, **I did not authorize these unusual activities**.

Pursuant to federal law, I am requesting that you provide me, at no charge, copies of all business records in your control relating to the following fraudulent transactions referenced on your "account activity" web page:

**MICROSOFT UNUSUAL ACTIVITY DETECTED**

| DATE | IP ADDRESS | SESSION TYPE | LOCATION |
|---|---|---|---|
| 06/10/2023 | 172.107.246.60 | Unusual activity detected | California |
| 06/10/2023 | 172.107.246.202 | Unusual activity detected | California |
| 06/10/2023 | 172.107.246.60 | Unusual activity detected | California |
| 06/09/2023 | 98.214.23.67 | Unusual activity detected | Illinois |
| 06/09/2023 | 71.62.250.132 | Unsuccessful sign-in | West Virginia |
| 06/09/2023 | 24.112.119.43 | Unsuccessful sign-in | Georgia |
| 06/08/2023 | 70.118.132.104 | Unsuccessful sign-in | Texas |
| 06/08/2023 | 97.80.182.203 | Unsuccessful sign-in | Georgia |

1

| | | | |
|---|---|---|---|
| 06/08/2023 | 67.184.153.28 | Unsuccessful sign-in | Illinois |
| 06/08/2023 | 24.48.138.3 | Unsuccessful sign-in | Florida |
| 06/08/2023 | 108.48.64.17 | Unsuccessful sign-in | D.C./Virginia |
| 06/08/2023 | 195.213.70.238 | Unsuccessful sign-in | United Kingdom |
| 06/08/2023 | 70.50.39.135 | Unsuccessful sign-in | Canada |
| 06/08/2023 | 71.138.26.211 | Unsuccessful sign-in | Texas |
| 06/04/2023 | 70.188.22.209 | Unsuccessful sign-in | United States |
| 06/04/2023 | 86.28.253.107 | Unsuccessful sign-in | United Kingdom |
| 06/04/2023 | 67.84.220.168 | Unsuccessful sign-in | New York |
| 06/04/2023 | 98.121.22.182 | Unsuccessful sign-in | North Carolina |
| 06/04/2023 | 73.59.190.111 | Unsuccessful sign-in | Tennessee |
| 06/02/2023 | 24.211.86.61 | Unusual activity detected | South Carolina |
| 06/01/2023 | 72.191.128.212 | Unsuccessful sign-in | Texas |
| 06/01/2023 | 99.1.194.64 | Unsuccessful sign-in | Georgia |
| 06/01/2023 | 98.209.193.119 | Unsuccessful sign-in | Michigan |
| 06/01/2023 | 47.230.86.126 | Unsuccessful sign-in | New York |
| 06/01/2023 | 69.117.233.236 | Unusual activity detected | New York |
| 05/31/2023 | 103.113.24.254 | Unsuccessful auto-sync | Thailand |
| 05/16/2023 | 170.247.220.208 | Unsuccessful sign-in | Belize |

Please send the information directly to me at the address above. I am not designating a law enforcement officer to receive the information from you on my behalf. I understand that my personal information being provided to Microsoft may be shared with third parties as necessary to produce records and with law enforcement to aid in investigating the alleged crimes.

Copies of my Washington State **COMPROMISED IDENTITY** card and State Driver's License accompanies the attached Identity Theft Affidavit. Thank you for your expedited assistance.

*Emanuel McCray*
**EMANUEL MCCRAY**