EMANUEL MCCRAY
400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660
(564) 208-7576
emanuel.mccray@hotmail.com

June 22, 2023

# CLASS ACTION

## NOTICE OF IDENTITY THEFT AND CRYPTOCURRENCY FRAUDS CIVIL DEMAND

Re:   Microsoft Corporation Unusual Account Sign-In Activity

To:

| Meta Platforms, Inc. | Microsoft Corporation | Alphabet, Inc. |
|---|---|---|
| Google, LLC | Block, Inc. | Cloudflare, Inc. |

Dear Addressees:

On June 20, 2023, I received a fraudulent criminal email in my Microsoft account from one cconrad20@hotmail.com who knowingly, falsely and intentionally claimed to be a representative of Microsoft's "Outlook Mail Team":

> **Mailbox Update**
> Account Update emanuel.mccray <cconrad20@hotmail.com>
> Tue 6/20/2023 7:02 AM
> To: emanuel.mccray@hotmail.com <emanuel.mccray@hotmail.com>
>
> Dear emanuel.mccray ,
> We have noticed some malicious activities coming from your Microsoft email account, so your account has been permanently blocked until it is verified. To verify your account click here: **Verify Now**
>
> "If no response is gotten from you upon receipt of this email, you will be denied access to your Microsoft account and it will be permanently deleted from the Microsoft email servers. Thanks as you comply."
>
> Sincerely,
> Outlook Mail Team.
> Copyright 2023. All rights reserved.

To perpetrate their alleged criminal hoax, the malicious criminal actor knowingly used the same "bot" technology associated with my "Instagram"

1

account which was criminally seized on June 13, 2023. The greeting was addressed to "emanuel.mccray", which is the exact name on my stolen Instagram account:



Available from https://www.instagram.com/emanuel.mccray/.

Note also that the technology/American English grammar used to create the body of the message was written by an uneducated "bot"/artificial intelligence, or a human not properly trained in the technology/American English grammar used to educate a natural born citizen of the United States.

It is requested that you take particular attention of the last sentence in the criminal email sent to me: "If no response is gotten from you upon receipt of this email, you will be denied access to your Microsoft account and it will be permanently deleted from the Microsoft email servers. Thanks as you comply."

The entire email is a sham because Microsoft would never use a "hotmail.com" account to communicate with its account holders. Any response to this criminal email can only be given **AFTER** the email is received and reviewed. The syntax and grammar are mechanical, deranged and incoherent.

The criminal actors even projected their criminal activities onto me by knowingly, falsely and intentionally claiming I was using my Microsoft email account to engage in "malicious activities": "We have noticed some malicious activities coming from your Microsoft email account, so your account has been permanently blocked until it is verified."

After falsely claiming they had "permanently blocked" my Microsoft account, I continued to receive tons of emails, mostly junk, and was able to send an email to myself an hour after my email was said to be "permanently blocked":



On June 13, 2023, after unlawfully seizing control of my Instagram account, the criminals had the balls and vaginas to breach the serenity of my Microsoft account to send me a threatening communication in retaliation for discovering their

Nigerian-based criminal conspiracy using Meta's Instagram product. "No one is more hated than he who speaks the truth."[1]

Perry Mason once said: "Murder is usually very simple. It's the getting away with it that's real complicated and tricky".[2] Citing O. Holmes, The Common Law 3 (1881), the U.S. Supreme Court stated that: "even a dog distinguishes between being stumbled over and being kicked". *Rehaif v. United States*, 139 S. Ct. 2191, 2197 (2019).

The alleged criminal email is a reminder of the friendly criticism often given by Christopher J. Wiernicki, Chairman, President and CEO of the American Bureau of Shipping ("ABS") and Chairman of the ABS Group of Companies, Inc.: "Technology has no common sense, no instincts and no sense of humor".[3]

On June 13, 2023, the Microsoft Corporation account team reported through my email, emanuel.mccray@hotmail.com, unusual alleged criminal activity involving my Microsoft, Facebook and Instagram accounts associated with a criminal ring operating out of New York City and "Abuja", the Capitol of Nigeria, as shown in the following screen captures:

---

[1] The Apology of Socrates by Plato. Translated by Benjamin Jowett. Available from http://classics.mit.edu/Plato/apology.html; https://lexundria.com/plat_apol/17-27/j.

[2] Perry Mason. *The Case of the Frantic Flyer*. Season 3, Episode 12. @ 50:36. Available from https://www.amazon.com/gp/video/detail/B077LXZRSX/ref=atv_dp_season_select_s3.

[3] John Konrad. *ABS Chairman Says Maritime Security is Pressuring Decarbonization Efforts.* Gcaptain. October 13, 2022. Available from https://gcaptain.com/abs-chairman-says-maritime-security-is-pressuring-decarbonization-efforts/; *ABS Chairman Highlights Importance of Seafarer Learning.* The Maritime Executive. September 29, 2021 ("[T]echnology has no common sense, no sense of humor, no judgment."). Available from https://maritime-executive.com/corporate/abs-chairman-highlights-importance-of-seafarer-learning.

















As set forth in my Identity Theft Affidavit attached to this letter, **I did not authorize these unusual alleged criminal activities**.

After unlawfully seizing control of my Instagram account, https://www.instagram.com/emanuel.mccray/, the Nigerian criminals and their coconspirators changed my Microsoft email account to the following Google email account: youngericmoney12345@gmail.com.

In their initial post after unlawfully seizing control of my Instagram account, the criminals posted a link to one of their criminal coconspirators, namely, "@sophia_crypto_miner_11" (Sophia Jackson):



Sophia Jackson indicated she would be pursuing her wealth in cryptocurrencies through the "bot"-enabled "Cryptex" trading platforms:



Available from https://crypt-ex-pro.com/.

In an Instagram direct message, Sophia Jackson recommended that I download "CashApp" to facilitate the transfer of my hard-earned monies to their Nigeria-based criminal gang.

It is worth remembering that this transaction took place **AFTER** the Nigerian criminals illegally seized control of my Instagram account and changed its security features, which was followed by these criminals sending me an email on June 20, 2023 falsely claiming to "permanently" delete my Microsoft emails.

Through brief research, I was able to learn the IP addresses associated with the Crypt Ex trading platforms that are being hosted by "CloudFlare Inc.":

| IPv4 Address for https://crypt-ex-pro.com/ ||
|---|---|
| Domain Server IP: 104.21.4.27 ||
| Domain Server IP: 172.67.131.148 ||
| 104.21.4.27 IP Address Summary | 172.67.131.148 IP Address Summary |

9

| State: California 94107<br>Host ISP: CloudFlare Inc.<br>Domain: cloudflare.com<br>Network Speed: T1 | State: California 94107<br>Host ISP: CloudFlare Inc.<br>Domain: cloudflare.com<br>Network Speed: T1 |
|---|---|

Through Identity Intelligence, I further learned CloudFlare, Inc. hosted at least one of the following IP Addresses linked to colleagues of Anthony Fauci responsible for creating the blueprint for the COVID-19 biological hoax:

| IPv4 Address for https://Virological.org<br>Domain Server IP: 104.21.21.77<br>Domain Server IP: 172.67.197.9<br>**This domain was used by "Edward C. Holmes, University of Sydney on behalf of the conspiracy led by Professor Yong-Zhen Zhang, Fudan University, Shanghai, to post the full genome sequence of "SARS-CoV-2".**<br>https://virological.org/t/novel-2019-coronavirus-genome/319.<br><br>IPv4 Address for https://shphc.org.cn<br>Domain Server IP: 60.205.23.197<br>**Professor Yong-Zhen Zhang Released Full Genome Sequence for SARS-CoV-2**<br>Shanghai Public Health Clinical Center & School of Public Health, Fudan University, Shanghai, China. (SHPHC)<br>email: zhangyongzhen@shphc.org.cn<br><br>IPv4 Address for https://www.eurekalert.org/<br>Domain Server IP: 52.8.162.55<br>Domain Server IP: 54.215.132.151<br>**(Links to Ralph S. Baric.)** | IPv4 Address for https://artic.network/<br>Domain Server IP: 185.199.108.153<br>Domain Server IP: 185.199.109.153<br>Domain Server IP: 185.199.110.153<br>Domain Server IP: 185.199.111.153<br><br>IPv4 Address for https://wellcome.org<br>Domain Server IP: 34.248.51.63<br><br>IPv4 Address for https://nextstrain.org /<br>Domain Server IP: 34.201.80.84<br>Domain Server IP: 54.91.6.89<br>Domain Server IP: 54.157.4.65<br>Domain Server IP: 54.196.16.164<br><br>IPv4 Address for<br>https://apps.who.int/gpmb/<br>Domain Server IP: 104.17.112.188<br>Domain Server IP: 104.17.113.188 |

| IPv4 Address for https://Virological.org <br> Domain Server IP: 104.21.21.77 <br> Domain Server IP: 172.67.197.9 ||
|---|---|
| **Domain Server IP: 104.21.21.77** <br> State: California 94107 <br> Host ISP: CloudFlare Inc. <br> Domain: cloudflare.com | **Domain Server IP: 172.67.197.9** <br> State: California 94107 <br> Host ISP: CloudFlare Inc. <br> Domain: cloudflare.com |

By unlawfully seizing control of my Instagram account, the criminal thieves gained access to millions of individualities and putative class members on Instagram, which includes Cody Philpot, whose signature is attached to this letter, and others on Twitter and Facebook:



Available from https://www.instagram.com/emanuel.mccray/followers/

On April 28, 2021, agents acting on behalf of the United States, the Communist Party of China, Twitter and Facebook, now Meta, criminally censored and blocked my tweet regarding the Academy Awards by falsely claiming the tweet was COVID-19 "misinformation":

///

///

///

///



Available from https://twitter.com/trumpgenius2/status/1387376613214412800.

This criminal Chinese conspiracy to interfere with my tweet prevented me from reaching millions of other social media users and followers, including Actress and former White House Correspondent Emerald Robinson and Charlie Kirk (founder of Turning Point USA). A sample of this criminal censorship harm is shown as follows:

| Follows McCray On Twitter | Followers |
|---|---|
| 1. https://twitter.com/charliekirk11 | 1.9M |
| 2. https://twitter.com/EmeraldRobinson | 543.9K |
| 3. https://twitter.com/HorrorGorl | 13.1K |
| 4. https://twitter.com/HoodieBohm | 21.3K |
| 5. https://twitter.com/TkMelly | 33.1K |
| 6. https://twitter.com/diegohughes101 | 14.7K |
| 7. https://twitter.com/domenicadelia22 | 31K |
| 8. https://twitter.com/dancindoti | 21.1K |

| | |
|---|---|
| 9. https://twitter.com/rtmasaman | 16.1K |
| 10. https://twitter.com/LeoLionMAGA | 61.6K |
| 11. https://twitter.com/1stOfThe7th | 26.7K |
| 12. https://twitter.com/jan_applegate | 32.6K |
| 13. https://twitter.com/PoliticlMadness | 42.7K |
| 14. https://twitter.com/Ldaught2 | 21.1K |
| 15. https://twitter.com/Realralphieboy | 12.4K |
| 16. https://twitter.com/TexasHudgens | 13.3K |
| 17. https://twitter.com/DebHedani | 24.6K |
| 18. https://twitter.com/Wayne6052 | 19.9K |
| 19. https://twitter.com/SatyaInvincible | 32K |
| 20. https://twitter.com/ShivamInUSA | 29.3K |
| 21. https://twitter.com/MakeTexasBlue22 | 32.2K |
| 22. https://twitter.com/e_galv | 49.1K |
| 23. https://twitter.com/realDonaldTrFan | 328.5K |
| 24. https://twitter.com/_LoveLike_JESUS | 222.4K |
| 25. https://twitter.com/NatShupe | 143.4K |
| 26. https://twitter.com/DeAnna4Congress | 286.2K |
| 27. https://twitter.com/SpringSteps | 38.1K |
| 28. https://twitter.com/codeofvets | 402.8K |
| 29. https://twitter.com/DFBHarvard | 221.4K |
| 30. https://twitter.com/AnnaApp91838450 | 82.7K |

Pursuant to federal law, I am requesting that you provide to me, at no charge, copies of all business records in your control relating to the alleged criminal transactions, *supra,* referenced in my accounts.

Please send the information directly to me at the address above. I understand that my personal information being provided to you may be shared with third parties as necessary to produce records and with law enforcement, to aid in investigating the alleged crimes.

Copies of my Washington State **COMPROMISED IDENTITY** card and State Driver's License accompanies the Identity Theft Affidavit attached to my letter to Microsoft Corporation.

Thank you for your expedited assistance.

_Emanuel McCray_
**EMANUEL MCCRAY**

_Cody Philpot_
**CODY PHILPOT**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.M., K.S., B.B., S.J., N.G., C.B., S.N., J.P., S.A., L.M., D.C., C.L., C.G, R.F., N.J., and R.R., individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND MANAGEMENT LLC, MICROSOFT CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:23-cv-03199-JCS<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the 5th day of July 2023, I mailed a copy of the following document, **REQUEST TO EXCLUDE**, with postage prepaid, to all parties addressed as follows:

1

**RYAN J. CLARKSON**
Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
*Attorneys for Plaintiffs*

*[signature: Emanuel McCray]*
Emanuel McCray

2