




**PRIORITY MAIL®**

EMANUEL MCCRAY
400 W MCLOUGHLIN BLVD
VANCOUVER WA 98660

RDC 04

EXPECTED DELIVERY DAY: 07/07/23

C004

SHIP TO:

U.S. DISTRICT COURT
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3661

**USPS TRACKING® NUMBER**



9505 5066 8526 3186 0183 67



EP14F July 2022
OD: 12 1/2 x 9 1/2



# UNITED STATES POSTAL SERVICE ®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

## TRACKED ■ INSURED



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

For Domestic shipments, the maximum weight is 70 lbs. F

**PRIORITY® MAIL**

JUL - 7 23
U.S. MARSHALS SERVICE

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

international shipments, the maximum weight is 20 lbs.