RECEIVED
JUL 10 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.M., K.S., B.B., S.J., N.G., C.B., S.N., J.P., S.A., L.M., D.C., C.L., C.G, R.F., N.J., and R.R., individually, and on behalf of all others similarly situated, Plaintiffs, <br><br> vs. <br><br> OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND MANAGEMENT LLC, MICROSOFT CORPORATION and DOES 1 through 20, inclusive, Defendants. | Case No. 3:23-cv-03199-JCS <br><br> CLASS ACTION <br><br> REQUEST TO EXCLUDE |

**Mailed to:**
**RYAN J. CLARKSON**
Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Email: rclarkson@clarksonlawfirm.com
*Attorneys for Plaintiffs*

1

REQUEST TO EXCLUDE

1. The name of this proceeding is:

   *P.M. et al., v. OpenAI LP et al.*
   Case No.: 3:23-cv-03199-JCS

2. The Consumer/Class Member to be excluded is identified as:

   JERZY GRUCA
   PO BOX 821552
   VANCOUVER, WA 98682-0035

   Unique Class Member ID: Unassigned/Unknown

3. Statement:

   I, Jerzy Gruca, will be pursuing my own complaint and do not wish to be included among the classes proposed for this case.

Dated: July 6, 2023

*JERZY GRUCA*
Jerzy Gruca

REQUEST TO EXCLUDE

| | |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |

P.M., K.S., B.B., S.J., N.G., C.B., S.N., ) Case No. 3:23-cv-03199-JCS
J.P., S.A., L.M., D.C., C.L., C.G, R.F., )
N.J., and R.R., individually, and on )
behalf of all others similarly situated, )
                                Plaintiffs,)    **CERTIFICATE OF SERVICE**
                                     )
            vs.                     )
                                    )
OPENAI LP, OPENAI )
INCORPORATED, OPENAI GP, LLC, )
OPENAI STARTUP FUND I, LP, )
OPENAI STARTUP FUND GP I, LLC, )
OPENAI STARTUP FUND )
MANAGEMENT LLC, MICROSOFT )
CORPORATION and DOES 1 through )
20, inclusive, )
                              Defendants.)
                                     )
                                     )
                                     )
_____)

      I hereby certify that on the 6th day of July 2023, I caused to be mailed a copy of the following document, **REQUEST TO EXCLUDE**, with postage prepaid, to all parties addressed as follows:

1

1  
2  
3  
4  
        **RYAN J. CLARKSON**  
        Clarkson Law Firm, P.C.  
        22525 Pacific Coast Highway  
        Malibu, CA 90265  
        *Attorneys for Plaintiffs*

5  
6   *JERZY GRUCA*  
    Jerzy Gruca  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

JERZY GRUCA
PO BOX 821552
VANCOUVER, WA 98682-0035

PORTLAND OR 972

7 JUL 2023  PM 5 L




**RECEIVED**

JUL 1 0 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**CLERK OF THE COURT**
U.S. District Court
United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

94102-343210