RECEIVED
JUL 10 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.M., K.S., B.B., S.J., N.G., C.B., S.N., J.P., S.A., L.M., D.C., C.L., C.G, R.F., N.J., and R.R., individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND MANAGEMENT LLC, MICROSOFT CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:23-cv-03199-JCS<br><br>**CLASS ACTION**<br><br>**REQUEST TO EXCLUDE** |

**Mailed to:**
**RYAN J. CLARKSON**
Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Email: rclarkson@clarksonlawfirm.com
*Attorneys for Plaintiffs*

1

REQUEST TO EXCLUDE

1. The name of this proceeding is:

    *P.M. et al., v. OpenAI LP et al.*
    Case No.: 3:23-cv-03199-JCS

2. The Consumer/Class Member to be excluded is identified as:

    Cody Philpot
    13809 NE 84th Street
    Vancouver, WA 98682-3022
    Tel: (971) 282-8853
    Email: kwikpress.tees@gmail.com
    Unique Class Member ID: Unassigned/Unknown

3. Statement:

I, Cody Philpot, will be pursuing my own complaint and do not wish to be included among the proposed classes.

Dated: July 7, 2023

*Cody Philpot*
Cody Philpot

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.M., K.S., B.B., S.J., N.G., C.B., S.N., J.P., S.A., L.M., D.C., C.L., C.G, R.F., N.J., and R.R., individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND MANAGEMENT LLC, MICROSOFT CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:23-cv-03199-JCS<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the 7th day of July 2023, I caused to be mailed a copy of the following document, **REQUEST TO EXCLUDE**, with postage prepaid, to all parties addressed as follows:

1

1
2
3
4
5
6

**RYAN J. CLARKSON**
Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
*Attorneys for Plaintiffs*

*Cody Philpot*
Cody Philpot

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CODY PHILPOT
13809 NE 84th Street
Vancouver, WA 98682



PORTLAND OR 972
7 JUL 2023   PM 4

**RECEIVED**
JUL 10 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**CLERK OF THE COURT**
U.S. District Court
United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

94102-343210