```
 1  COOLEY LLP
    MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
 2  MATTHEW D. BROWN (196972) (mbrown@cooley.com)
    BETHANY C. LOBO (248109) (blobo@cooley.com)
 3  HARRISON B. PARK (347839) (hpark@cooley.com)
    3 Embarcadero Center, 20th Floor
 4  San Francisco, California  94111-4004
    Telephone:    +1 415 693 2000
 5  Facsimile:    +1 415 693 2222

 6  ALEXANDRA R. MAYHUGH (300446) (amayhugh@cooley.com)
    MAXIMILIAN SLADEK DE LA CAL (324961)
 7  (msladekdelacal@cooley.com)
    1333 2nd Street, Suite 400
 8  Santa Monica, CA  90401-4100
    Telephone:    +1 310 883 6400
 9  Facsimile:    +1 310 883 6500

10  BARRETT J. ANDERSON (318539) (banderson@cooley.com)
    NACHI A. BARU (345978) (nbaru@cooley.com)
11  10265 Science Center Drive
    San Diego, CA  92121-1117
12  Telephone:    +1 858 550-6000
    Facsimile:    +1 858 550-6420
13
    Attorneys for Defendants
14  OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI
    STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC and
15  OPENAI STARTUP FUND MANAGEMENT LLC
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| P.M., K.S., B.B., S.J., N.G., C.B., S.N. J.P., S.A., L.M., D.C., C.L., C.G., R.F., N.J., and R.R., individually, and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND MANAGEMENT LLC, MICROSOFT CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:23-cv-03199-TLT<br><br>**NOTICE OF APPEARANCE OF MICHAEL G. RHODES** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants OpenAI LP[1], OpenAI Incorporated, OpenAI GP, LLC, OpenAI Startup Fund I, LP, OpenAI Startup Fund GP I, LLC and OpenAI Startup Fund Management LLC ("OpenAI Defendants") file this Notice of Appearance and notify the Court and all parties that Michael G. Rhodes of the law firm Cooley LLP hereby enters his appearance as counsel of record for the OpenAI Defendants in the above-referenced matter.

All pleadings, discovery, correspondence and other materials should be served upon counsel at:

> Michael G. Rhodes (rhodesmg@cooley.com)
> Cooley LLP
> 3 Embarcadero Center, 20th Floor
> San Francisco, CA  94111-4004
> Telephone:    (415) 693-2000
> Facsimile:     (415) 693-2222

Dated: July 20, 2023                                COOLEY LLP

                                                    By: /s/ Michael G. Rhodes
                                                        Michael G. Rhodes

                                                    Attorneys for Defendants
                                                    OPENAI LP, OPENAI INCORPORATED,
                                                    OPENAI GP, LLC, OPENAI STARTUP
                                                    FUND I, LP, OPENAI STARTUP FUND GP I,
                                                    LLC and OPEN AI STARTUP FUND
                                                    MANAGEMENT LLC

288857082

---

[1] OpenAI LP recently changed its name to OpenAI OpCo, LLC.