1  COOLEY LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  MATTHEW D. BROWN (196972) (mbrown@cooley.com)
   BETHANY C. LOBO (248109) (blobo@cooley.com)
3  HARRISON B. PARK (347839) (hpark@cooley.com)
   3 Embarcadero Center, 20th Floor
4  San Francisco, California  94111-4004
   Telephone:    +1 415 693 2000
5  Facsimile:    +1 415 693 2222

6  ALEXANDRA R. MAYHUGH (300446) (amayhugh@cooley.com)
   MAXIMILIAN SLADEK DE LA CAL (324961)
7  (msladekdelacal@cooley.com)
   1333 2nd Street, Suite 400
8  Santa Monica, CA  90401-4100
   Telephone:    +1 310 883 6400
9  Facsimile:    +1 310 883 6500

10 BARRETT J. ANDERSON (318539) (banderson@cooley.com)
   NACHI A. BARU (345978) (nbaru@cooley.com)
11 10265 Science Center Drive
   San Diego, CA  92121-1117
12 Telephone:    +1 858 550-6000
   Facsimile:    +1 858 550-6420

13
   Attorneys for Defendants
14 OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI
   STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, and
15 OPENAI STARTUP FUND MANAGEMENT LLC

16                 UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18                  SAN FRANCISCO DIVISION

19 P.M., K.S., B.B., S.J., N.G., C.B., S.N. J.P.,          Case No. 3:23-cv-03199-TLT
   S.A., L.M., D.C., C.L., C.G., R.F., N.J., and
20 R.R., individually, and on behalf of all other          **NOTICE OF APPEARANCE OF MATTHEW D.**
   similarly situated,                                     **BROWN**
21
                      Plaintiffs,
22
          v.
23
   OPENAI LP, OPENAI INCORPORATED,
24 OPENAI GP, LLC, OPENAI STARTUP
   FUND I, LP, OPENAI STARTUP FUND GP I,
25 LLC, OPENAI STARTUP FUND
   MANAGEMENT LLC, MICROSOFT
26 CORPORATION and DOES 1 through 20,
   inclusive,
27
                      Defendants.
28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

                                          NOTICE OF APPEARANCE OF MATTHEW D.
                                          BROWN (CASE NO. 3:23-CV-03199-TLT)

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants OpenAI LP[1], OpenAI Incorporated, OpenAI GP, LLC, OpenAI Startup Fund I, LP, OpenAI Startup Fund GP I, LLC, and OpenAI Startup Fund Management LLC ("OpenAI Defendants") file this Notice of Appearance and notify the Court and all parties that Matthew D. Brown of the law firm Cooley LLP hereby enters his appearance as counsel of record for the OpenAI Defendants in the above-referenced matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at:

> Matthew D. Brown (mbrown@cooley.com)
> Cooley LLP
> 3 Embarcadero Center, 20th Floor
> San Francisco, CA  94111-4004
> Telephone:     (415) 693-2000
> Facsimile:      (415) 693-2222

Dated: July 20, 2023                                COOLEY LLP


By: /s/ Matthew D. Brown
      Matthew D. Brown

Attorneys for Defendants
OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, and OPEN AI STARTUP FUND MANAGEMENT LLC

288857765

---
[1] OpenAI LP recently changed its name to OpenAI OpCo, LLC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF MATTHEW D. BROWN (CASE NO. 3:23-CV-03199-TLT)