| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)<br>MATTHEW D. BROWN (196972) (mbrown@cooley.com) |
| 3 | BETHANY C. LOBO (248109) (blobo@cooley.com)<br>HARRISON B. PARK (347839) (hpark@cooley.com) |
| 4 | 3 Embarcadero Center, 20th Floor<br>San Francisco, California 94111-4004 |
| 5 | Telephone: +1 415 693 2000<br>Facsimile: +1 415 693 2222 |
| 6 | ALEXANDRA R. MAYHUGH (300446) (amayhugh@cooley.com) |
| 7 | MAXIMILIAN SLADEK DE LA CAL (324961)<br>(msladekdelacal@cooley.com) |
| 8 | 1333 2nd Street, Suite 400<br>Santa Monica, CA 90401-4100 |
| 9 | Telephone: +1 310 883 6400<br>Facsimile: +1 310 883 6500 |
| 10 | BARRETT J. ANDERSON (318539) (banderson@cooley.com) |
| 11 | NACHI A. BARU (345978) (nbaru@cooley.com)<br>10265 Science Center Drive |
| 12 | San Diego, CA 92121-1117<br>Telephone: +1 858 550-6000 |
| 13 | Facsimile: +1 858 550-6420 |
| 14 | Attorneys for Defendants<br>OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI |
| 15 | STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC and<br>OPENAI STARTUP FUND MANAGEMENT LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| P.M., K.S., B.B., S.J., N.G., C.B., S.N. J.P., S.A., L.M., D.C., C.L., C.G., R.F., N.J., and R.R., individually, and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND MANAGEMENT LLC, MICROSOFT CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:23-cv-03199-TLT<br><br>**NOTICE OF APPEARANCE OF BETHANY C. LOBO** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF BETHANY C.
LOBO (CASE NO. 3:23-CV-03199-TLT)

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants OpenAI LP[1], OpenAI Incorporated, OpenAI GP, LLC, OpenAI Startup Fund I, LP, OpenAI Startup Fund GP I, LLC and OpenAI Startup Fund Management LLC ("OpenAI Defendants") file this Notice of Appearance and notify the Court and all parties that Bethany C. Lobo of the law firm Cooley LLP hereby enters her appearance as counsel of record for the OpenAI Defendants in the above-referenced matter.

All pleadings, discovery, correspondence and other materials should be served upon counsel at:

> Bethany C. Lobo (blobo@cooley.com)
> Cooley LLP
> 3 Embarcadero Center, 20th Floor
> San Francisco, CA  94111-4004
> Telephone:     (415) 693-2000
> Facsimile:      (415) 693-2222

Dated: July 20, 2023              COOLEY LLP

By: /s/ Bethany C. Lobo
    Bethany C. Lobo

Attorneys for Defendants
OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC and OPEN AI STARTUP FUND MANAGEMENT LLC

288858454

---

[1] OpenAI LP recently changed its name to OpenAI OpCo, LLC.