COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (mbrown@cooley.com)
BETHANY C. LOBO (248109) (blobo@cooley.com)
HARRISON B. PARK (347839) (hpark@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

ALEXANDRA R. MAYHUGH (300446) (amayhugh@cooley.com)
MAXIMILIAN SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone:   +1 310 883 6400
Facsimile:   +1 310 883 6500

BARRETT J. ANDERSON (318539) (banderson@cooley.com)
NACHI A. BARU (345978) (nbaru@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone:   +1 858 550-6000
Facsimile:   +1 858 550-6420

Attorneys for Defendants
OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC and OPENAI STARTUP FUND MANAGEMENT LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| P.M., K.S., B.B., S.J., N.G., C.B., S.N. J.P., S.A., L.M., D.C., C.L., C.G., R.F., N.J., and R.R., individually, and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND MANAGEMENT LLC, MICROSOFT CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:23-cv-03199-TLT<br><br>**NOTICE OF APPEARANCE OF MAXIMILIAN SLADEK DE LA CAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF MAXIMILIAN
SLADEK DE LA CAL
(CASE NO. 3:23-CV-03199-TLT)

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants OpenAI LP[1], OpenAI Incorporated, OpenAI GP, LLC, OpenAI Startup Fund I, LP, OpenAI Startup Fund GP I, LLC and OpenAI Startup Fund Management LLC ("OpenAI Defendants") file this Notice of Appearance and notify the Court and all parties that Maximilian Sladek de la Cal of law firm Cooley LLP hereby enters his appearance as counsel of record for the OpenAI Defendants in the above-referenced matter.

All pleadings, discovery, correspondence and other materials should be served upon counsel at:

>   Maximilian Sladek de la Cal (msladekdelacal@cooley.com)
>   Cooley LLP
>   1333 2nd Street, Suite 400
>   Santa Monica, CA  90401-4100
>   Telephone:    (310) 883-6400
>   Facsimile:    (310) 883-6500

Dated: July 20, 2023                                COOLEY LLP

                                                    By: /s/ Maximilian Sladek de la Cal
                                                        Maximilian Sladek de la Cal

                                                    Attorneys for Defendants
                                                    OPENAI LP, OPENAI INCORPORATED,
                                                    OPENAI GP, LLC, OPENAI STARTUP
                                                    FUND I, LP, OPENAI STARTUP FUND GP I,
                                                    LLC and OPEN AI STARTUP FUND
                                                    MANAGEMENT LLC

288882782

---

[1] OpenAI LP recently changed its name to OpenAI OpCo, LLC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF APPEARANCE OF MAXIMILIAN
SLADEK DE LA CAL
(CASE NO. 3:23-CV-03199-TLT)