COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (mbrown@cooley.com)
BETHANY C. LOBO (248109) (blobo@cooley.com)
HARRISON B. PARK (347839) (hpark@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California  94111-4004
Telephone:  +1 415 693 2000
Facsimile:  +1 415 693 2222

ALEXANDRA R. MAYHUGH (300446) (amayhugh@cooley.com)
MAXIMILIAN SLADEK DE LA CAL (324961) (msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA  90401-4100
Telephone:  +1 310 883 6400
Facsimile:  +1 310 883 6500

BARRETT J. ANDERSON (318539) (banderson@cooley.com)
NACHI A. BARU (345978) (nbaru@cooley.com)
10265 Science Center Drive
San Diego, CA  92121-1117
Telephone:  +1 858 550-6000
Facsimile:  +1 858 550-6420

Attorneys for Defendants
OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC and OPENAI STARTUP FUND MANAGEMENT LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| P.M., K.S., B.B., S.J., N.G., C.B., S.N. J.P., S.A., L.M., D.C., C.L., C.G., R.F., N.J., and R.R., individually, and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND MANAGEMENT LLC, MICROSOFT CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:23-cv-03199-TLT<br><br>**NOTICE OF APPEARANCE OF HARRISON B. PARK** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants OpenAI LP[1], OpenAI Incorporated, OpenAI GP, LLC, OpenAI Startup Fund I, LP, OpenAI Startup Fund GP I, LLC and OpenAI Startup Fund Management LLC ("OpenAI Defendants") file this Notice of Appearance and notify the Court and all parties that Harrison B. Park of the law firm Cooley LLP hereby enters his appearance as counsel of record for the OpenAI Defendants in the above-referenced matter.

All pleadings, discovery, correspondence and other materials should be served upon counsel at:

>    Harrison B. Park (hpark@cooley.com)
>    Cooley LLP
>    3 Embarcadero Center, 20th Floor
>    San Francisco, CA  94111-4004
>    Telephone:   (415) 693-2000
>    Facsimile:    (415) 693-2222

Dated: July 20, 2023                                   COOLEY LLP

                                                       By: /s/ Harrison B. Park
                                                              Harrison B. Park

                                                       Attorneys for Defendants
                                                       OPENAI LP, OPENAI INCORPORATED,
                                                       OPENAI GP, LLC, OPENAI STARTUP
                                                       FUND I, LP, OPENAI STARTUP FUND GP I,
                                                       LLC and OPEN AI STARTUP FUND
                                                       MANAGEMENT LLC

288883383

---

[1] OpenAI LP recently changed its name to OpenAI OpCo, LLC.