COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (mbrown@cooley.com)
BETHANY C. LOBO (248109) (blobo@cooley.com)
HARRISON B. PARK (347839) (hpark@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

ALEXANDRA R. MAYHUGH (300446) (amayhugh@cooley.com)
MAXIMILIAN SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone: +1 310 883 6400
Facsimile: +1 310 883 6500

BARRETT J. ANDERSON (318539) (banderson@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: +1 858 550-6000
Facsimile: +1 858 550-6420

Attorneys for Defendants
OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC,
OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I,
LLC, and OPENAI STARTUP FUND MANAGEMENT LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| P.M., K.S., B.B., S.J., N.G., C.B., S.N. J.P., S.A., L.M., D.C., C.L., C.G., R.F., N.J., and R.R., individually, and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND MANAGEMENT LLC, MICROSOFT CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:23-cv-03199-TLT<br><br>**STIPULATION TO EXTEND TIME FOR OPENAI DEFENDANTS TO RESPOND TO COMPLAINT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
(CASE NO. 3:23-CV-03199-TLT)

Pursuant to Civil Local Rule 6-1(a), Plaintiffs and Defendants OpenAI LP, OpenAI Incorporated, OpenAI GP, LLC, OpenAI Startup Fund I, LP, OpenAI Startup Fund GP I, LLC, and OpenAI Startup Fund Management LLC (collectively, "OpenAI Defendants"), by and through their respective counsel, hereby stipulate as follows:

Whereas, Plaintiffs filed a complaint against OpenAI Defendants in the Northern District of California, San Francisco Division, on or about June 28, 2023 (Dkt. No. 1) (the "Complaint");

Whereas, Plaintiffs have now served the Complaint on OpenAI Defendants;

Whereas, Plaintiffs have agreed to extend OpenAI Defendants' time to answer, move, or otherwise respond to the Complaint up to and including September 20, 2023; and

Whereas, this extension of time will not alter the date of any event or any deadline already fixed by Court order;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that OpenAI Defendants' time to answer, move, or otherwise respond to the Complaint is extended to and including September 20, 2023.

Dated: July 20, 2023

CLARKSON LAW FIRM, P.C.

By: /s/ Ryan J. Clarkson
    Ryan J. Clarkson

Attorneys for Plaintiffs
P.M., K.S., B.B., S.J., N.G., C.B., S.N. J.P., S.A., L.M., D.C., C.L., C.G., R.F., N.J., and R.R.

Dated: July 20, 2023

COOLEY LLP

By: /s/ Matthew D. Brown
    Matthew D. Brown

Attorneys for Defendants
OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, and OPENAI STARTUP FUND MANAGEMENT LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
(CASE NO. 3:23-CV-03199-TLT)

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with Civil Local Rule 5-1(h)(3), I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

Dated: July 20, 2023

COOLEY LLP

By: /s/ Matthew D. Brown
Matthew D. Brown

Attorneys for Defendants
OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, and OPENAI STARTUP FUND MANAGEMENT LLC

**IT IS SO ORDERED.**

Dated: July 21, 2023

_____
TRINA L. THOMPSON
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
(CASE NO. 3:23-CV-03199-TLT)