1  COOLEY LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  MATTHEW D. BROWN (196972) (mbrown@cooley.com)
   BETHANY C. LOBO (248109) (blobo@cooley.com)
3  HARRISON B. PARK (347839) (hpark@cooley.com)
   3 Embarcadero Center, 20th Floor
4  San Francisco, CA  94111-4004
   Telephone:     +1 415 693 2000
5  Facsimile:     +1 415 693 2222

6  ALEXANDRA R. MAYHUGH (300446) (amayhugh@cooley.com)
   MAXIMILIAN SLADEK DE LA CAL (324961) (msladekdelacal@cooley.com)
7  1333 2nd Street, Suite 400
   Santa Monica, CA  90401-4100
8  Telephone:     +1 310 883 6400
   Facsimile:     +1 210 883 6500

9
   BARRETT J. ANDERSON (318539) (banderson@cooley.com)
10 10265 Science Center Drive
   San Diego, CA  92121-1117
11 Telephone:     +1 858 550-6000
   Facsimile:     +1 858 550-6420
12
   Attorneys for Defendants
13 OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI
   STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, and OPENAI
14 STARTUP FUND MANAGEMENT LLC

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

| P.M., K.S., B.B., S.J., N.G., C.B., S.N. J.P., S.A., L.M., D.C., C.L., C.G., R.F., N.J., and R.R., individually, and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND MANAGEMENT LLC, MICROSOFT CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:23-cv-03199-TLT<br><br>**OPENAI LP'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |
|---|---|

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

OPENAI LP'S CERTIFICATION OF
INTERESTED ENTITIES
(CASE NO. 3:23-CV-03199-TLT)

OpenAI LP recently changed its name to OpenAI OpCo, LLC. Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, OpenAI OpCo, LLC's parent company is OpenAI Global, LLC and Microsoft Corporation has an ownership interest of 10% or more.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, the undersigned is not aware of any persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities that (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Dated: July 21, 2023                                    COOLEY LLP

By: /s/ Matthew D. Brown
    Matthew D. Brown

Attorneys for Defendants
OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, and OPENAI STARTUP FUND MANAGEMENT LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

OPENAI LP'S CERTIFICATION OF
INTERESTED ENTITIES
(CASE NO. 3:23-CV-03199-TLT)