1  COOLEY LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  MATTHEW D. BROWN (196972) (mbrown@cooley.com)
   BETHANY C. LOBO (248109) (blobo@cooley.com)
3  HARRISON B. PARK (347839) (hpark@cooley.com)
   3 Embarcadero Center, 20th Floor
4  San Francisco, CA  94111-4004
   Telephone:     +1 415 693 2000
5  Facsimile:     +1 415 693 2222

6  ALEXANDRA R. MAYHUGH (300446) (amayhugh@cooley.com)
   MAXIMILIAN SLADEK DE LA CAL (324961) (msladekdelacal@cooley.com)
7  1333 2nd Street, Suite 400
   Santa Monica, CA  90401-4100
8  Telephone:     +1 310 883 6400
   Facsimile:     +1 210 883 6500

9

10 BARRETT J. ANDERSON (318539) (banderson@cooley.com)
   10265 Science Center Drive
   San Diego, CA  92121-1117
11 Telephone:     +1 858 550-6000
   Facsimile:     +1 858 550-6420

12
   Attorneys for Defendants
13 OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI
   STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, and OPENAI
14 STARTUP FUND MANAGEMENT LLC

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

| 18 | P.M., K.S., B.B., S.J., N.G., C.B., S.N. J.P., S.A., L.M., D.C., C.L., C.G., R.F., N.J., and R.R., individually, and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND MANAGEMENT LLC, MICROSOFT CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:23-cv-03199-TLT<br><br>**OPENAI, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

OPENAI, INC.'S CERTIFICATION OF
INTERESTED ENTITIES
(CASE NO. 3:23-CV-03199-TLT)

1   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, OpenAI, Inc. states that it has
2   no parent company and no publicly held corporation owns 10% or more of its stock.

3   Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than
4   the named parties, the undersigned is not aware of any persons, associations of persons, firms,
5   partnerships, corporations (including, but not limited to, parent corporations), or other entities that
6   (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or
7   (ii) have a non-financial interest in that subject matter or in a party that could be substantially
8   affected by the outcome of this proceeding.

Dated: July 21, 2023                          COOLEY LLP

                                              By: /s/ Matthew D. Brown
                                                  Matthew D. Brown

                                              Attorneys for Defendants
                                              OPENAI LP, OPENAI INCORPORATED,
                                              OPENAI GP, LLC, OPENAI STARTUP
                                              FUND I, LP, OPENAI STARTUP FUND GP I,
                                              LLC, and OPENAI STARTUP FUND
                                              MANAGEMENT LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

OPENAI, INC.'S CERTIFICATION OF
INTERESTED ENTITIES
(CASE NO. 3:23-CV-03199-TLT)