```
1    COOLEY LLP
     MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2    MATTHEW D. BROWN (196972) (mbrown@cooley.com)
     BETHANY C. LOBO (248109) (blobo@cooley.com)
3    HARRISON B. PARK (347839) (hpark@cooley.com)
     3 Embarcadero Center, 20th Floor
4    San Francisco, CA  94111-4004
     Telephone:    +1 415 693 2000
5    Facsimile:    +1 415 693 2222

6    ALEXANDRA R. MAYHUGH (300446) (amayhugh@cooley.com)
     MAXIMILIAN SLADEK DE LA CAL (324961) (msladekdelacal@cooley.com)
7    1333 2nd Street, Suite 400
     Santa Monica, CA  90401-4100
8    Telephone:    +1 310 883 6400
     Facsimile:    +1 210 883 6500

9
     BARRETT J. ANDERSON (318539) (banderson@cooley.com)
10   10265 Science Center Drive
     San Diego, CA  92121-1117
11   Telephone:    +1 858 550-6000
     Facsimile:    +1 858 550-6420
12
     Attorneys for Defendants
13   OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI
     STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, and OPENAI
14   STARTUP FUND MANAGEMENT LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| P.M., K.S., B.B., S.J., N.G., C.B., S.N. J.P., S.A., L.M., D.C., C.L., C.G., R.F., N.J., and R.R., individually, and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND MANAGEMENT LLC, MICROSOFT CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:23-cv-03199-TLT<br><br>**OPENAI STARTUP FUND I, LP'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, OpenAI Startup Fund I, LP states that OpenAI Startup Fund GP I, LLC is its parent company and Microsoft Corporation has an ownership interest of 10% or more.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, the undersigned is not aware of any persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities that (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Dated: July 21, 2023                                COOLEY LLP


By: /s/ Matthew D. Brown
    Matthew D. Brown

Attorneys for Defendants
OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, and OPENAI STARTUP FUND MANAGEMENT LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

OPENAI STARTUP FUND I, LP'S
CERTIFICATION OF INTERESTED ENTITIES
(CASE NO. 3:23-CV-03199-TLT)