COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (mbrown@cooley.com)
BETHANY C. LOBO (248109) (blobo@cooley.com)
HARRISON B. PARK (347839) (hpark@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:     +1 415 693 2000
Facsimile:     +1 415 693 2222

ALEXANDRA R. MAYHUGH (300446) (amayhugh@cooley.com)
MAXIMILIAN SLADEK DE LA CAL (324961) (msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA  90401-4100
Telephone:     +1 310 883 6400
Facsimile:     +1 210 883 6500

BARRETT J. ANDERSON (318539) (banderson@cooley.com)
10265 Science Center Drive
San Diego, CA  92121-1117
Telephone:     +1 858 550-6000
Facsimile:     +1 858 550-6420

Attorneys for Defendants
OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI
STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, and OPENAI
STARTUP FUND MANAGEMENT LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| P.M., K.S., B.B., S.J., N.G., C.B., S.N. J.P., S.A., L.M., D.C., C.L., C.G., R.F., N.J., and R.R., individually, and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND MANAGEMENT LLC, MICROSOFT CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:23-cv-03199-TLT<br><br>**OPENAI STARTUP FUND GP I, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

OPENAI STARTUP FUND GP I, LLC'S
CERTIFICATION OF INTERESTED ENTITIES
(CASE NO. 3:23-CV-03199-TLT)

1   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, OpenAI Startup Fund GP I,

2   LLC states that it has no parent company and no publicly held corporation owns 10% or more of

3   its stock.

4   Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than

5   the named parties, the undersigned is not aware of any persons, associations of persons, firms,

6   partnerships, corporations (including, but not limited to, parent corporations), or other entities that

7   (i) have a financial interest in the subject matter in controversy or in a party to the  proceeding, or

8   (ii) have a non-financial interest in that subject matter or in a party that could be substantially

9   affected by the outcome of this proceeding.

10

11   Dated: July 21, 2023                           COOLEY LLP

12

13                                                  By:  /s/ Matthew D. Brown
                                                        Matthew D. Brown

14                                                  Attorneys for Defendants
15                                                  OPENAI LP, OPENAI INCORPORATED,
                                                    OPENAI GP, LLC, OPENAI STARTUP
                                                    FUND I, LP, OPENAI STARTUP FUND GP I,
16                                                  LLC, and OPENAI STARTUP FUND
                                                    MANAGEMENT LLC
17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

OPENAI STARTUP FUND GP I, LLC'S
CERTIFICATION OF INTERESTED ENTITIES
(CASE NO. 3:23-CV-03199-TLT)