```
 1   Emily Johnson Henn (Bar No. 269482)
     Kathryn E. Cahoy (Bar No. 298777)
 2   COVINGTON & BURLING LLP
     3000 El Camino Real
 3   5 Palo Alto Square, 10th Floor
     Palo Alto, California 94306
 4   Telephone: + 1 (650) 632-4700
     Facsimile: + 1 (650) 632-4800
 5   Email:  ehenn@cov.com
     Email:  kcahoy@cov.com
 6
 7   Ashley M. Simonsen (Bar No. 275203)
     COVINGTON & BURLING LLP
 8   1999 Avenue of the Stars
     Los Angeles, California 90067
 9   Telephone: + 1 (424) 332-4800
     Facsimile: + 1 (424) 332-4749
10   Email:  asimonsen@cov.com
11
12   Isaac D. Chaput (Bar No. 326923)
     COVINGTON & BURLING LLP
13   Salesforce Tower
     415 Mission Street, Suite 5400
14   San Francisco, California 94105
     Telephone: + 1 (415) 591-6000
15   Facsimile: + 1 (415) 591-6091
16   Email:  ichaput@cov.com
17   *Attorneys for Defendant Microsoft Corporation*
18
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| P.M., et al., individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>OPENAI LP, et al.<br><br>   Defendants. | Civil Case No.: 3:23-cv-03199-TLT<br><br>**NOTICE OF APPEARANCE OF ASHLEY M. SIMONSEN**<br><br>Judge: The Honorable Trina L. Thompson |

1    TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Ashley M. Simonsen of the law firm Covington & Burling LLP, located at 1999 Avenue of the Stars, Los Angeles, CA 90067, telephone number (424) 332-4800, facsimile number (424) 332-4749, email address asimonsen@cov.com, hereby enters an appearance in this matter on behalf of Defendant Microsoft Corporation.  Ms. Simonsen hereby requests to be added to the docket and the electronic service list in this matter.

DATED:  July 25, 2023

Respectfully submitted,

By:     */s/ Ashley M. Simonsen*

Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800
Email:  ehenn@cov.com
Email:  kcahoy@cov.com

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email:  asimonsen@cov.com

Isaac D. Chaput (Bar No. 326923)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email:  ichaput@cov.com

*Attorneys for Defendant Microsoft Corporation*