Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Isaac D. Chaput (Bar No. 326923)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email: ichaput@cov.com

*Attorneys for Defendant Microsoft Corporation*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| P.M., et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI LP, et al.<br><br>Defendants. | Civil Case No.: 3:23-cv-03199-TLT<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT MICROSOFT CORPORATION TO RESPOND TO COMPLAINT**<br><br>Judge: The Honorable Trina L. Thompson |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs and Defendant Microsoft Corporation, by and through their respective counsel, stipulate as follows:

On June 28, 2023, Plaintiffs filed a Complaint (Dkt. No. 1) against Microsoft and other defendants in this Court;

Plaintiffs have served the Complaint on Microsoft;

Plaintiffs and Microsoft agree to extend Microsoft's time to respond to the Complaint to September 20, 2023;

On July 21, 2023, the Court granted a stipulation by Plaintiffs and Defendants other than Microsoft extending the time for the other Defendants to respond to the Complaint until September 20, 2023;

Microsoft has not sought any previous extensions of this deadline; and

This this extension will not alter the date of any event or deadline previously fixed by the Court;

NOW THEREFORE, Plaintiffs and Microsoft hereby stipulate that Microsoft's time to respond to the Complaint is extended to and including September 20, 2023.

DATED: July 25, 2023

Respectfully submitted,

By: */s/ Isaac D. Chaput*

Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

|   |   |
|---|---|
|   | Isaac D. Chaput (Bar No. 326923)<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, California 94105<br>Telephone: + 1 (415) 591-6000<br>Facsimile: + 1 (415) 591-6091<br>Email:  ichaput@cov.com<br><br>*Attorneys for Defendant*<br>*Microsoft Corporation* |
| DATED:  July 25, 2023 | Respectfully submitted,<br><br>By:    */s/ Ryan J. Clarkson*<br><br>Ryan J. Clarkson<br>CLARKSON LAW FIRM, P.C.<br><br>*Attorneys for Plaintiffs*<br>*P.M., K.S., B.B., S.J., N.G., C.B., S.N. J.P., S.A., L.M., D.C., C.L., C.G., R.F., N.J., and R.R.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:

               TRINA L. THOMPSON
               United States District Judge

**FILER'S ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

DATED: July 25, 2023            */s/ Isaac D. Chaput*
                                Isaac D. Chaput