Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Isaac D. Chaput (Bar No. 326923)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email: ichaput@cov.com

*Attorneys for Defendant Microsoft Corporation*

*[Additional parties and counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| P.M., et al., individually and on behalf of all others similarly situated,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>OPENAI LP, et al.<br><br>　　　Defendants. | Civil Case No.: 3:23-cv-03199-TLT<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Judge: The Honorable Trina L. Thompson |

1    Pursuant to Civil Local Rule 6-1(a), Plaintiffs and Defendants, by and through their respective

2  counsel, stipulate as follows:

3    On June 28, 2023, Plaintiffs filed a Complaint (Dkt. 1) against Defendants in this Court;

4    On July 20, 2023, Plaintiffs and Defendants OpenAI LP; OpenAI Incorporated; OpenAI GP,

5  LLC; OpenAI Startup Fund I, LP; OpenAI Startup Fund GP I, LLC; and OpenAI Startup Fund

6  Management LLC stipulated to extend the time to respond to the Complaint until September 20, 2023

7  (Dkt. 22);

8    On July 25, 2023, Plaintiffs and Defendant Microsoft Corporation stipulated to extend the time

9  to respond to the Complaint until September 20, 2023 (Dkt. 34);

10    Since then, the Parties have been negotiating disclosure from Plaintiffs to Defendants of the true

11  names of the Plaintiffs in this matter (who use pseudonyms in the Complaint).  Defendants require this

12  information to fairly and adequately respond to the Complaint, including to evaluate whether any of the

13  named Plaintiffs are subject to arbitration agreements that could form the basis of a motion to compel

14  individual arbitration.  Defendants first requested this information on August 2, 2023.  On August 23,

15  2023, Plaintiffs' counsel agreed to provide the information but required additional time to discuss the

16  matter with their clients.  Plaintiffs have agreed to provide the available requested information by no

17  later than September 13, 2023.  The Parties have accordingly agreed to extend Defendants' deadline to

18  respond to the Complaint to October 11, 2023;

19    The Parties have not sought extensions of any deadlines in this case other than those listed

20  above; and

21    This extension will not alter the date of any event or deadline previously fixed by the Court other

22  than those listed above.

23    NOW THEREFORE, Plaintiffs and Defendants hereby stipulate that Defendants' time to

24  respond to the Complaint is extended to and including October 11, 2023.

| | | |
|---|---|---|
| 1 | DATED: August 31, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | |
| 4 | | By:    /s/ Ashley M. Simonsen |
| 5 | | Emily Johnson Henn (Bar No. 269482)<br>Kathryn E. Cahoy (Bar No. 298777) |
| 6 | | COVINGTON & BURLING LLP<br>3000 El Camino Real |
| 7 | | 5 Palo Alto Square, 10th Floor<br>Palo Alto, California 94306 |
| 8 | | Telephone: + 1 (650) 632-4700<br>Facsimile: + 1 (650) 632-4800 |
| 9 | | Email: ehenn@cov.com<br>Email: kcahoy@cov.com |
| 10 | | |
| 11 | | Ashley M. Simonsen (Bar No. 275203)<br>COVINGTON & BURLING LLP |
| 12 | | 1999 Avenue of the Stars<br>Los Angeles, California 90067 |
| 13 | | Telephone: + 1 (424) 332-4800<br>Facsimile: + 1 (424) 332-4749 |
| 14 | | Email: asimonsen@cov.com |
| 15 | | |
| 16 | | Isaac D. Chaput (Bar No. 326923)<br>COVINGTON & BURLING LLP |
| 17 | | Salesforce Tower<br>415 Mission Street, Suite 5400 |
| 18 | | San Francisco, California 94105<br>Telephone: + 1 (415) 591-6000 |
| 19 | | Facsimile: + 1 (415) 591-6091<br>Email: ichaput@cov.com |
| 20 | | |
| 21 | | *Attorneys for Defendant Microsoft Corporation* |
| 22 | | By:    /s/ Matthew D. Brown |
| 23 | | |
| 24 | | Michael G. Rhodes (116127)<br>Matthew D. Brown (196972) |
| 25 | | Bethany C. Lobo (248109)<br>Harrison B. Park (347839) |
| 26 | | COOLEY LLP<br>3 Embarcadero Center, 20th Floor |
| 27 | | San Francisco, California 94111-4004<br>Telephone: +1 415 693 2000 |
| 28 | | Facsimile: +1 415 693 2222 |

2

Email: rhodesmg@cooley.com
Email: mbrown@cooley.com
Email: blobo@cooley.com
Email: hpark@cooley.com

Alexandra R. Mayhugh (300446)
Maximilian Sladek de la Cal (324961)
COOLEY LLP
1333 2nd Street, Suite 400
Santa Monica, California 90401-4100
Telephone: +1 310 883 6400
Facsimile: +1 310 883 6500
Email: amayhugh@cooley.com
Email: msladekdelacal@cooley.com

Barrett J. Anderson (318439)
COOLEY LLP
10265 Science Center Drive
San Diego, California 92121-1117
Telephone: +1 858 550-6000
Facsimile: +1 858 550-6420
Email: banderson@cooley.com

*Attorneys for Defendants OpenAI LP, OpenAI Incorporated, OpenAI GP, LLC, OpenAI Startup Fund I, LP, OpenAI Startup Fund GP I, LLC, and OpenAI Startup Fund Management LLC*


By:       /s/ Ryan J. Clarkson

Ryan J. Clarkson
CLARKSON LAW FIRM, P.C.

Attorneys for Plaintiffs
P.M., K.S., B.B., S.J., N.G., C.B., S.N. J.P., S.A., L.M., D.C., C.L., C.G., R.F., N.J., and R.R.

**FILER'S ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

DATED: August 31, 2023

*/s/ Ashley M. Simonsen*
Ashley M. Simonsen