UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| P.M., et al., individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>OPENAI LP, et al.<br><br>  Defendants. | Civil Case No.: 3:23-cv-03199-TLT<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Judge: The Honorable Trina L. Thompson |

Pursuant to the Parties' stipulation, the deadline for Defendants to respond to the complaint is extended to October 11, 2023. The Parties are reminded that the joint Case Management Statement is due by 10/5/2023. The Initial Case Management Conference set for 10/12/2023 at 2pm is hereby maintained.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  August 31, 2023

_____
Hon. Trina L. Thompson
United States District Judge